IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:00cr72-MHT |
| | ) | (WO) |
| CHARLES WOODSON | ) | |

ORDER

Upon consideration of the United States Probation Office's petition for defendant Charles Woodson's early termination of supervised release (doc. no. 756), based on the government's response that it does not oppose early termination (doc. no. 759), and based on Woodson's consistent employment, his consistently negative drug-test results, and his success in reintegrating himself into the community, it is ORDERED that:

(1) The petition is granted.

(2) Defendant Charles Woodson's term of supervised release is terminated effective immediately, and he is discharged.

DONE, this the 24th day of July, 2019.

                                    /s/ Myron H. Thompson
                                  **UNITED STATES DISTRICT JUDGE**